THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No.  C 05-1948 PVT |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| VOLNEY and JEANINE VAN DALSEM, RICHARD and MARY ELIZABETH RUSO, and WILLIAM and LESLIE ANN VAN DALSEM, | |
| Defendants._____/ | |

  The parties hereto stipulate as follows:

  The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

  Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as

if fully set forth.  The parties request the Court to retain jurisdiction for eighteen months from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for eighteen months after the date hereof.

Date:  September 12, 2005                    Date: September 12, 2005

_S/Gregory K. Klingsporn_____                _S/Thomas N. Stewart, III___
Gregory K. Klingsporn,                       Thomas N. Stewart, III,
Attorney for Defendants                      Attorney for Plaintiff


I, Thomas N. Stewart, III, hereby attest that I have in my possession the holographic signature of Gregory K. Klingsporn on this document.

Date:  September 12, 2005

_S/Thomas N. Stewart, III_____
Attorney for Plaintiff

IT IS SO ORDERED:


Date:  *9/26/05*                    _____Patricia V. Trumbull_____
                                                Judge


C 05-1948 PVT                                   2